IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| JUDY L. ERICKSON, | CV 19–89–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | |
| Defendant. | |

FILED
JUL 0 3 2019
Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 9),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The preliminary pretrial conference set for August 15, 2019, is VACATED.

DATED this 3rd day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court